1 In re the Parental Responsibilities Concerning J.B.P., a Child, and Concerning Sonny Allan Pilcher, Appellee, and Carrie Phillips, Appellant. No. 20CA1575
Court of Appeals of Colorado, Division A
January 27, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Douglas County District Court No. 17DR30312 Honorable Cynthia
 Mares, Judge Honorable Robert Lung, Judge
 
 
 
 OPINION
 
 
 VOGT
 [*] JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 
 Román, C. J and Taubman [*] , J., concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. art. VI, § 5(3), and § 24-51-1105,
 C.R.S. 2021.
 
 
 ---------